# UNITED STATES DISTRICT COURT
### District of Oregon
### Portland Division

Patrick Hada et al,

                              Plaintiff(s)

vs.                                        Case No:        3:11-CV-1150-MO

GMAC Mortgage LLC et al,

                              Defendant(s).

_____

### Fed. R. Civ. P. 26(a)(1) Discovery Agreement

In accordance with LR 26-2, I state that the parties who have been served and who are not in default, have agreed to forego the disclosures required by Fed. R. Civ. P. 26(a)(1).

**DATED:** 10-25-11

|  |  |
|---|---|
| Signature: | _(signature)_ |
| Name & OSB ID: | RYAN VANDEN BRINK, 091833 |
| e-mail address: | ryan@intelekia-law.com |
| Firm Name: | Intelekia Law Group LLC |
| Mailing Address: | 308 SW First Ave #325 |
| City, State, Zip: | Portland OR 97204 |
| Phone Number: | 503-227-8580 |
| Parties Represented | Plaintiffs |

cc:     Counsel of Record

_____

Revised December 1, 2009                           Fed.R. Civ. P. 26 Agreement